# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>SARAH RAE LARSON, *aka Sarah Rae Pautz, aka Sarah McKnight*,<br><br>               Defendant. | CR 15-81-GF-BMM<br><br><u>**ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE**</u> |

      Upon motion of the United States, the Indictment hereby dismissed without prejudice.

      Dated this 25th day of January, 2016

_____
Brian Morris
United States District Court Judge

1